# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BANKERS INSURANCE COMPANY**                                   **PLAINTIFF**

v.                                                 CAUSE NO. 1:15CV420-LG-RHW

**ACE CONSTRUCTION CO., INC.,**
**KEVIN F. DAVIS, and DAPHNE D. DAVIS**                      **DEFENDANTS**

## DEFAULT JUDGMENT

In accordance with the Order Granting Motion for Default Judgment entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the plaintiff, Bankers Insurance Company, against the defendants, Ace Construction Company, Inc., Kevin F. Davis, and Daphne D. Davis, pursuant to Fed. R. Civ. P. 55(b)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Bankers Insurance Company, shall recover from defendants Ace Construction Company, Inc., Kevin F. Davis, and Daphne D. Davis, jointly and severally, the amount of $188,779.60; costs; and post-judgment interest at the currently prescribed federal rate from the date of judgment until paid in full.

**SO ORDERED AND ADJUDGED** this the 16th day of December, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE